**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| WENDY S. MELLON, | ) | Civil Action No: 5:25-cv-01418-ECC-PJE |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY | ) | |
| *Defendant*. | ) | Stipulation – Document Filed Electronically |

**Parties' Stipulation for Remand and Order**

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take any further actions necessary to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Frank Bisignano,                                         Wendy S. Mellon,
Commissioner of
Social Security,

By His Attorneys,                                         By Her Attorney,

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE, III,                           JUSTIN M. GOLDSTEIN, ESQ.
First Assistant U.S. Attorney

1

<table>
<tr><td>

*/s/ Geoffrey M. Peters*
Geoffrey M. Peters
Special Assistant United States Attorney
NDNY Bar Roll No. 704027
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(212) 264-1298
Geoffrey.Peters@ssa.gov

</td><td>

*/s/  Justin M. Goldstein* [1]
Justin Goldstein Law, PLLC
38 Pond Valley Circle
Penfield, NY 14526
315-657-6635
justin@remandssa.com

</td></tr>
</table>

**IT IS SO ORDERED:**

Elizabeth C. Coombe
U.S. District Judge

Dated:  June 30, 2026
          Syracuse, NY

---

[1] Signed by SAUSA Peters on counsel's behalf with consent obtained via email.

2